UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAIMA ASHRAF-HASSAN,<br><br>  Plaintiff,<br><br>  v.<br><br>EMBASSY OF FRANCE IN THE UNITED STATES,<br><br>  Defendant. | Civil Action No. 11-805 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiff's Motion for Attorney Fees and Costs is GRANTED;

2. Plaintiff is awarded fees and costs totaling $271,786.15; and

3. Final Judgment is ENTERED in the amount of $301,786.15.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: May 24, 2016